**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFRED BERNARD,<br><br>        Plaintiff,<br><br>    v.<br><br>TAM'S BAR & GRILL, INC. d/b/a MR. V'S BAR & GRILL; BAOBAO GROUP, LLC; and DOES 1 through 10, inclusive,<br><br>        Defendants. | **Case No.: CV 18-10650-GW(JPRx)**<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, both sides to bear their own fees and costs.

SO ORDERED.

DATED: April 23, 2019

_____
GEORGE H. WU, U.S. District Judge